UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

Malibu Media, LLC,

Plaintiff/s,

vs.

Case Number: 1:15-cv-255

John Doe subscriber assigned,
IP address 98.28.246.161,

Defendant/s.

## Denying Claims

My name is on all of the bills at this address because I live here. I pay the internet bill here, but I am not the only one that uses it. Family, friends, and some neighbors have my wifi password. I give my wifi password to anybody that asks for it. I was also not home at the time that the plaintiff is accusing me of downloading and distributing their media. I also do not think my computer could handle downloading and distributing 127 movies at the same time. My computer does not have any of these movies on it. I did not download and distribute the plaintiff's movies.

CERTIFICATE OF SERVICE

I hereby certify that on this date, I mailed/presented a copy of this document to the Clerk of Courts for filing. Upon the Clerk's Office docketing of this pleading, notice of this filing will be sent through the Court's electronic filing system to all parties represented by attorneys who are registered as users of the Court's ECF system. A copy of this pleading will be sent by ordinary mail to the following unreprested party/parties this ___6th___ day of ___October___ 20_15_.

_____
Signature